UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ERIN KESSLER and STEPHANIE LAZAR** § | |
| *Plaintiffs* § | |
| § | **CIVIL ACTION NO. 1:20-cv-00049-RP** |
| **v.** § | |
| § | |
| **SHUART AND ASSOCIATES, INC. and** § | |
| **DARNELL SHUART** § | |
| *Defendants* § | **JURY TRIAL DEMANDED** |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiffs Kessler and Stephanie Lazar, and Defendants Shuart and Associates, Inc. and Darnell Shuart, being all the parties hereto, who by and through their respective counsel submit this Notice of Settlement to notify the Court that this lawsuit has been settled, and that the parties are in the process of entering into a final settlement agreement, and that the parties intend to file a joint motion for dismissal with prejudice within 30 days of the date of this notice. Accordingly, the parties jointly request that the court abate all deadlines in this matter until the expiration of this 30 day period.

Respectfully submitted,

/s/  Aaron Charles de la Garza
Aaron Charles de la Garza
State Bar No. 24028282
AARON C. DE LA GARZA, PLLC
509 West 18th Street
Austin, Texas 78701
(512) 474-7054
(512) 474-5605 (Facsimile)
aaron@adlglaw.com
**ATTORNEY FOR PLAINTIFFS**

/s/___ William R. Stukenberg
William R. Stukenberg
Texas Bar No. 24051397
S.D. Bar No. 55792
Jamie L. Houston
Texas Bar No. 24097847
S.D. Bar No. 2780689
JACKSON LEWIS, PC
Wedge International Tower
1415 Louisiana St., Suite 3325
Houston, TX 77002
Tel. (713) 650 0404
Fax (713) 650-0405
William.Stukenberg@jacksonlewis.com
Jamie.Houston@jacksonlewis.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document with the Clerk of the Court through ECF on July 22, 2020, and that a true and correct copy is being sent via ECF and electronic mail to the Defendant's attorney, William R. Stukenberg, Jackson Lewis, PC.

/s/  Aaron Charles de la Garza
Aaron Charles de la Garza