IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERIN KESSLER and STEPHANIE LAZAR, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:20-CV-49-RP |
| | § | |
| SHUART AND ASSOCIATES, INC. and | § | |
| DARNELL SHUART, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

On November 3, 2020, the Court granted the parties' joint motion to approve settlement agreement and to dismiss with prejudice all claims in this case. (Order, Dkt. 21). As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on January 21, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE